UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCES ALBERTSON, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>NEW CREDIT AMERICA LLC and CROSS RIVER BANK,<br><br>                Defendants. | Civil Case No. _____ |

**DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446**

Defendants New Credit America, LLC and Cross River Bank, ("Defendants"), by and through their undersigned counsel Holland & Knight LLP, respectfully files this Notice of Removal for the matter captioned *Frances Albertson, on behalf of himself and all others similarly situated v. New Credit America, LLC, et. al.,* filed in the Superior Court of New Jersey, Law Division, Camden County, Docket No. CAM-L-494-23, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1446 and states as follows:

1. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of the date when Defendants received a copies of the initial pleading setting forth the claim for relief upon which this action is based.

2. On or about February 15, 2023, Plaintiff Frances Albertson ("Plaintiff"), filed a Summons and Complaint in the Superior Court of New Jersey, Law Division, Camden County, bearing Docket No. CAM-L-494-23 (the "State Court Action").[1] A true copy of the Plaintiff's

---

[1] Defendants' responses to the Complaint under the New Jersey Court Rules would be due in the state Court proceeding on March 20, 2023. Pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Defendants' responses to the Complaint will be due seven (7) days after this Notice of Removal is filed, unless the Court grants Defendants' Motion for a thirty (30) day extension of Defendants' response deadlines, which is being filed concurrently with this Notice.

Summons and Complaint, which was served on Defendants on February 16, 2023, is attached hereto as **Exhibit A**.

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because Plaintiff has alleged a cause of action under the Truth in Lending Act, 15 U.S.C. §1601 ("TILA").

4. Plaintiff's Complaint is removable to the United States District Court for the District of New Jersey because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. Plaintiff's TILA claim clearly provides the basis for this Court's jurisdiction. Defendants are entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

5. All of Plaintiff's causes of action arise from the same alleged misconduct by Defendants. *See* Complaint, attached hereto as **Exhibit A**.

6. Pursuant to 28 U.S.C. § 1367, this Court may also exercise supplemental jurisdiction over any state law claims not governed by federal law.

7. The filing of this Notice of Removal is timely because less than thirty (30) days have elapsed since the date of service on Defendants. Section 1446(b) provides:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1446(b).

8. Plaintiff's Complaint was served on Defendants on February 16, 2023. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

9. The State Court Action is removable to the United States District Court for New Jersey because the Summons presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claim provides the basis for this Court's jurisdiction as Plaintiff has brought suit under the laws of the United States. Accordingly, Defendants are entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

10. The United States District Court for the District of New Jersey embraces Camden County, New Jersey, where the State Court Action is pending.

11. Other than the Complaint, no other pleadings or papers have been filed in this action.

**WHEREFORE**, Defendants New Credit America, LLC and Cross River Bank respectfully request that the above matter now pending against it in the Superior Court of New Jersey, Law Division, Camden County, Docket No. CAM-L-494-23, be removed to the United States District Court for the District of New Jersey.

Date: March 17, 2023                    Respectfully submitted,

*/s/ Andrew J. Soven*
Andrew J. Soven (023671995)
**HOLLAND & KNIGHT LLP**
2929 Arch Street, Suite 800
Philadelphia, PA  19104
Tel: (215) 252-9554
Andrew.Soven@hklaw.com

*Attorneys for Defendants*
*New Credit America, LLC and*
*Cross River Bank*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCES ALBERTSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW CREDIT AMERICA LLC and CROSS RIVER BANK,<br><br>Defendants. | Civil Case No. _____ |

**COUNSEL CERTIFICATION IN SUPPORT OF DEFENDANTS'**
**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446**

I, ANDREW J. SOVEN, of full age, hereby certify and declare as follows:

1. I am an attorney-at-law of the State of New Jersey with the law firm of Holland & Knight LLP, counsel for Defendants New Credit America, LLC and Cross River Bank, ("Defendants").

2. I have read Defendants' Notice of Removal and the contents thereof are true to the best of my knowledge, information and belief.

3. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  March 17, 2023                  /s/ Andrew J. Soven
                                       Andrew J. Soven (023671995)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCES ALBERTSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>NEW CREDIT AMERICA LLC and CROSS RIVER BANK,<br><br>　　　　　Defendants. | Civil Case No. _____ |

## CERTIFICATE OF SERVICE

I, Andrew Soven, hereby state that on March 17, 2023, I electronically filed the foregoing Notice of Filing Notice of Removal with the Clerk of the Court using the eCourts electronic filing system, which will send notification of such filing to the registered, interested parties via electronic mail.

Additionally, a copy of the foregoing Notice of Filing Notice of Removal was sent to Plaintiff's counsel via First Class U.S. Mail and electronic mail at the following addresses:

DiSabato & Considine, LLC
c/o Lisa R. Considine, Esq.
P.O. Box 370
Rutherford, New Jersey 07070
lconsidine@disabatolaw.com

Denbeaux & Denbeaux
c/o Joshua Denbeaux, Esq.
372 Kinderkamack Rd, Ste 5
Westwood, NJ 07675
jdenbeaux@denbeauxlaw.com

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew J. Soven*
　　　　　　　　　　　　　　　　　　　　Andrew J. Soven